

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
~~XXXXXXXXXXXXX~~
ATTORNEY GENERAL

Honorable F. L. Massie
County Auditor
Wilbarger County
Vernon, Texas

Dear Sir:
Opinion No. O-4994
Re: Term of county judge under facts stated.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"Judge John Myers county Judge for the years, 1941-1942, was re-elected for the years 1943-1944, but died August 8th 1942.

"August 11th, the Executive committee named O.O. McCurdy as democratic nominee for the November Election, at which time he was elected.

"On August 8th, 1942, the Commissioners Court appointed Marvin C. Culbertson, County Judge to fill out the unexpired term of John Myers.

"The question has arisen as to the date of Expiration of the term of Marvin C. Culbertson.

"Please let me have your opinion on this point at your earliest convenience."

Section 28, Article V, of our State Constitution, provides, in part, as follows:

". . . vacancies in the office of County Judge and justice of the peace shall be filled by the commissioners court until the next general election for such offices."

Article 2355, Vernon's Annotated Texas Civil Statutes, provides:

"The Court shall have power to fill vacan-

cies in the office of:  County Judge, County
Clerk, Sheriff, County Attorney, County Treasurer,
County Surveyor, County Hide Inspector, Assessor
of Taxes, Collector of Taxes, Justices of the
Peace, Constables, and County Superintendent of
Public Instruction.  Such vacancies shall be filled
by a majority vote of the members of said Court,
present and voting,  and the person chosen shall
hold office until the next general election."

Article 17, Vernon's Annotated Texas Civil Statutes,
provides:

"After each general election those who are
elected to the various county and precinct of-
fices shall qualify by taking the official oath
and entering upon and assuming the duties of
their respective offices on the first day of
January following the last general election, or
as soon thereafter as possible.  Those officers
holding office at said time shall surrender
their offices to their successors accordingly
on said date, or as soon after such date as their
successors shall have qualified and be ready to
assume the duties thereof."

Article 18, Vernon's Annotated Texas Civil Statutes,
provides:

"Each officer, whether elected or appoint-
ed under the laws of this State, and each Commis-
sioner, or member of any board or commission
created by the laws of this State, shall hold
his office for the term provided by law and un-
til his successor is elected or appointed and
qualifies; and each, on retiring from office,
shall deliver to his successor all books, papers,
and documents relating to his office."

We quote from the court's opinion in the case of Anderson,
et al., v. Parsley, et al., Tex. Civ. App., writ of error refused,
37 S.W. (2d) 358, as follows:

The Constitution does not provide when the
newly elected commissioners shall take office or
be eligible to take office.  Article 17, Rev. Civ.
Statutes of 1925, act of 1921, provides that the
newly elected officers shall take their official
oath and enter upon and assume the duties of their
respective offices on the 1st day of January fol-

lowing the last general election, or as soon there-
after as possible.  This provision is well within
the power of the Legislature, and we can see no
reason to sustain the contention that the newly
elected commissioners, elected in the general elec-
tion of 1930, ought to have been permitted to take
the oath and qualify and enter upon their duties
as commissioners prior to January 1, 1931."

It is our opinion that the Honorable 0. 0. McCurdy
will be entitled to qualify and take office on or after January
1st, 1943.  Of course if Judge McCurdy does not qualify on
January 1st, 1943, then Judge Culbertson will continue to hold
over until Judge McCurdy qualifies.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By s/Wm. J. Fanning
Wm. J. Fanning
Assistant

WJF:db:wc

APPROVED DEC  3, 1942
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee by s/BWB Chairman